IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Villanueva, Jose A | Case Number: 07 B 07404 |
|---|---|---|
| | Villanueva, Maria A | Judge: Goldgar, A. Benjamin |
| | Printed: 4/1/08 | Filed: 4/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 19, 2008
Confirmed: July 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,400.00 |  |
| Secured: |  | 4,162.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 237.60 |
| Other Funds: |  | 0.00 |
| Totals: | 4,400.00 | 4,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 744.20 | 0.00 |
| 2. | New Century Mortgage | Secured | 19,242.38 | 4,162.40 |
| 3. | New Century Mortgage | Secured | 19,736.63 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 65.09 | 0.00 |
| 5. | Nicor Gas | Unsecured | 24.43 | 0.00 |
| 6. | St Margaret Mercy Hospital | Unsecured | 118.33 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 45.32 | 0.00 |
| 8. | Northern Indiana Public Ser | Unsecured | 114.58 | 0.00 |
| 9. | Cavalry Portfolio Services | Unsecured | 76.61 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 62.62 | 0.00 |
| 11. | Capital One | Unsecured | 62.35 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 3.08 | 0.00 |
| 13. | City of Blue Island | Unsecured | 46.32 | 0.00 |
| 14. | America's Servicing Co | Secured | | No Claim Filed |
| 15. | IC System Inc | Unsecured | | No Claim Filed |
| 16. | First Premier | Unsecured | | No Claim Filed |
| 17. | Cingular Wireless | Unsecured | | No Claim Filed |
| 18. | Cingular Wireless | Unsecured | | No Claim Filed |
| 19. | Dish Network | Unsecured | | No Claim Filed |
| 20. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 23. | Collection Company Of America | Unsecured | | No Claim Filed |
| 24. | Dish Network | Unsecured | | No Claim Filed |
| 25. | First National Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Villanueva, Jose A | Case Number: 07 B 07404 |
| --- | --- | --- |
| | Villanueva, Maria A | Judge: Goldgar, A. Benjamin |
| | Printed: 4/1/08 | Filed: 4/24/07 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 27. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. | AT&T Wireless | Unsecured | | No Claim Filed |
| 30. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 31. | Target Greatland | Unsecured | | No Claim Filed |
| 32. | Target Greatland | Unsecured | | No Claim Filed |
| 33. | Richard P Komyatte & Assoc | Unsecured | | No Claim Filed |
| 34. | Whiting Numicipal Water Department | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,341.94 | $ 4,162.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 237.60 |
| | _____ |
| | $ 237.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

